| | |
|---|---|
| 1 | Mark B. Hutton |
| | Lead Counsel |
| 2 | KS Bar #10112 |
| | HUTTON & HUTTON LAW FIRM, L.L.C. |
| 3 | 8100 East 22nd Street North |
| | Building 1200 |
| 4 | Wichita, KS 67226 |
| | Telephone: (316) 688-1166 |
| 5 | Fax: (316) 686-1077 |
| | Trial.Lawyers@huttonlaw.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-4092 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Gloria J. McKissack, et al.,<br><br>        Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>        Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Charlene Davenport in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff

//

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

named herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010    By: *signature*

HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Fax: (316) 686-1077
Trial.Lawyers@huttonlaw.com

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: *signature*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**